IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| Plaintiff, } | Criminal Action |
| } | |
| v. } | Case No. 12-M-6058-01-KGG |
| } | |
| BOBBY W. SEIGLER, } | |
| } | |
| Defendant. } | |

**FILED**
U.S. District Court
District of Kansas
APR 04 2012
Clerk, U.S. District Court
By: [signature] Deputy Clerk

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about January 29, 2012, in the District of Kansas,

**BOBBY W. SEIGLER,**

the defendant, being previously convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and unlawfully possess, in and affecting commerce, a firearm which was not produced in the State of Kansas and had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code § 922(g)(1).

## COUNT 2

On or about January 29, 2012, in the District of Kansas,

**BOBBY W. SEIGLER,**

the defendant, being previously convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and unlawfully possess, in and affecting commerce, ammunition which was not produced in the State of Kansas and had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code § 922(g)(1).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco & Firearms and that this Complaint is based upon the following facts:

See attached affidavit which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:

    __X__ Yes  _____ No

_____
LARRY D. STODDARD
ATF Special Agent

Subscribed and sworn to before me this ____ day of April, 2012 at Wichita, Kansas.

_____
KENNETH G. GALE
U.S. Magistrate Judge

# AFFIDAVIT

I, Larry D. Stoddard, being duly sworn, state the following:

1. Your Affiant, Larry D. Stoddard, has been employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since September 2008. Since this time, Special Agent Stoddard has completed the Basic Criminal Investigator Training Course at the Federal Law Enforcement Center located in Brunswick, Georgia. Special Agent Stoddard has also completed the Special Agent Basic Training Course at the ATF National Academy located in Brunswick, Georgia. Special Agent Stoddard is currently assigned Kansas City Field Division, Wichita Field Office where his assignments involve conducting criminal investigations into cases of illegal possession / transfer of firearms, firearms trafficking, violent crimes involving firearms and narcotics trafficking. Prior to joining ATF, Special Agent Stoddard served as a State Trooper with the Missouri State Highway Patrol for over 10 years. Your affiant has a Bachelor of Science Degree in Criminal Justice from Bellevue University from Bellevue, Nebraska. Special Agent Stoddard is a 17 veteran of the U.S. Air Force and is currently a member of U.S. Air Force Reserves as a Special Agent with the Air Force Office of Special Investigations.

2. Your affiant is involved in an investigation into violations of Federal Firearms Laws on the part of Bobby W. Seigler, a white male, date of birth xx/xx/1984, social security number XX-XX-3423. Your affiant has knowledge of information that is either, personally known to the affiant, or has been provided to the affiant by other law enforcement personnel and witnesses.

3. As a result of your affiant's training and experience as an ATF Special Agent, your affiant is knowledgeable of Federal Firearms Laws and has probable cause to believe that the following crimes have been committed by Seigler:

    Title 18, U.S.C., Section 922(g)(1) – It shall be unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate commerce, or possess in or affecting interstate commerce, any firearm or ammunition; or to receive any firearms or ammunition which have been shipped or transported in interstate or foreign commerce.

4. This affidavit does not purport to set forth all of my knowledge of, or investigation into, this matter. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for the issuance of an arrest warrant, I have not described all of the relevant facts and circumstances of which I am aware. The information in this affidavit has become known to me through my personal knowledge of this investigation and through oral or written communications of other law enforcement personnel and investigators.

5. On January 29, 2012, Sedgwick County Deputy Sheriff Jason Greenlee attempted to initiate a traffic stop on a black/brown 1991 Chevrolet Silverado, Kansas registration 975 EDX, driven by Bobby W. Seigler for a traffic violation in Wichita, Kansas. Seigler stopped his vehicle then sped off and attempted to elude Deputy Greenlee.

6. The vehicle Seigler was driving was found a short time later near 1002 South Yale Street in Wichita, Kansas. Seigler was located inside of 1002 South Yale Street and taken into custody. At the time of Seigler's arrest, he was in possession of a backpack that contained .40 caliber ammunition cartridges. Seigler admitted all the contents in the backpack were his. In addition to the ammunition located in Seigler's backpack, law enforcement officers located a Beretta, model 9000S, .40 caliber pistol, serial number SN019548, underneath the kitchen sink of 1002 South Yale Street. The resident of 1002 South Yale, Lori Alexander, advised when Seigler came to her house he sat on the floor near the kitchen sink. Alexander denied having any firearms or ammunition in her home. A search of Seigler's vehicle revealed a black plastic pistol case with the three rounds of ammunition cartridges inside. All the ammunition, pistol and pistol case were seized and held as evidence.

7. An NCIC criminal history query of Seigler revealed he was convicted on October 8, 2004, by the Sedgwick County District Court for one count of Criminal Possession of a Firearm and one count of Possession of Opiates, Opium or Narcotic Drugs.

8. On April 4, 2012, ATF Interstate Nexus Expert, Special Agent Neal Tierney examined the aforementioned firearm and ammunition that Seigler possessed. Special Agent Tierney determined that the firearm and ammunition was not manufactured in the State of Kansas and would have had to travel in interstate or foreign commerce to reach Wichita, Kansas.

9. Based on the above facts and information, your affiant believes there is probable cause to arrest Bobby W. Seigler.

LARRY D. STODDARD
ATF SPECIAL AGENT

Subscribed and sworn before me this
4th day of April 2012

_____
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE